# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| GUILLERMO CORDOVA, | ) | NO. CV 15-00952-MWF (AS) |
|      Petitioner, | ) | |
|     v. | ) | **JUDGMENT** |
| W.I. MONTGOMERY, Warden, | ) | |
|      Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 13, 2015.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE